# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 26 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Collette Stark, an individual; Anton Ewing, an individual

*Plaintiff*

V.

Stuart Stall, an individual

*Defendant*

Civil Action No.   19cv366-AJB-NLS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STUART STALL, AN INDIVIDUAL
667 POMONA AVE
CORONADO CA 92118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
619-719-9640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____2/22/19_____



John Morrill
*CLERK OF COURT*

S/ _____ C. Whan
*Signature of Clerk or Deputy Clerk*

AO 441  Summons in a Civil Action (Page 2)

Civil Action No. 19cv366-AJB-NLS        Date Issued: 2/22/19

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __STUART STALL__
was received by me on *(date)* __2/23/2019__.

☐ I personally served the summons on the individual at *(place)* __2175 COWLEY WAY SAN DIEGO CA 92110__ on *(date)* __2/23/2019__; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __2/23/2019__

_____
Server's Signature

__JOCELYN SEGURA, Reg Process Server__
Printed name and title

__3077 CLAIREMONT DR 372, SAN DIEGO CA 92117__
Server's address

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.