# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Anthony J. Battaglia

| FROM:  A. Corsello, Deputy Clerk | RECEIVED DATE:  May 28, 2019 |
|---|---|
| CASE NO.   19-cv-0366-AJB-NLS | DOC FILED BY:  **Collette Stark, Anton Ewing** |
| CASE TITLE:  Stark v. Stuart Stall | |
| DOCUMENT ENTITLED:  Notice of Unavailability | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: No provision for acceptance.

**Date Forwarded:   May 28, 2019**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☐ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   May 28, 2019                    CHAMBERS OF:  The Honorable Anthony J. Battaglia

cc: All Parties                              By:   Judge Battaglia