# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Anthony J. Battaglia

| FROM: J. Vann, Deputy Clerk | RECEIVED DATE: September 17, 2019 |
|---|---|
| CASE NO.  19-cv-00366-AJB-AHG | DOC FILED BY:  **Anton Ewing** |
| CASE TITLE:  Stark et al v. Stall | |
| DOCUMENT ENTITLED:  Plaintiff's Request for Guidance from the Court | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded:   September 18, 2019

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  September 18, 2019          CHAMBERS OF:  The Honorable Anthony J. Battaglia

cc: All Parties                    By:  Judge Battaglia's Chambers